Mary E. Conn CB#224597
MARY E. CONN & ASSOCIATES
55 River St. Suite 100
Santa Cruz, CA 95060
Tel: 831-471-7103
Fax: 831-426-1059
Attorney for Lam Thanh Nguyen

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Khanh Dang Vu and Lam Thanh Nguyen,<br><br>Defendants. | CASE NO. CR 07-70337 PVT<br><br>**SUBSTITUTION OF COUNSEL AND STIPULATION FOR CONTINUANCE PREVIOUSLY SOUGHT**<br><br>Date:  August 23, 2007<br>Time:  9:30 a.m.<br>M. Judge:  Patricia V. Trumbull |

TO THE HONORABLE MAGISTRATE JUDGE PATRICIA V. TRUMBULL:

Defendant Lam Thanh Nguyen has retained undersigned counsel, Mary Elizabeth Conn, and I do hereby offer this substitution of counsel, and represent to the Court that I have the assent of all parties, AUSA Schenk, prior counsel Frank Leidman, and United States Public Defender Lara Vinnard to this substitution.

Further, I ask that the Court grant the Stipulated Motion for Continuance previously filed either today or yesterday, accept this Substitution and previously execution Stipulation to suffice as a general appearance for undersigned, and allow undersigned to make her appearance at the time of the regularly calendared setting, August 23, 2007 at 9:30 a.m.

Respectfully submitted,
MARY E. CONN & ASSOCIATES


Mary Elizabeth Conn
Attorney for Lam Thanh Nguyen

Lam Nguyen EX PARTE substitution                    1.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 07-70337-PVT |
| Plaintiff, | ) [PROPOSED] ORDER<br>) SUBSTITUTING COUNSEL |
| v. | ) |
| LAM THANH NGUYEN, | ) |
| Defendant. | ) |

UPON APPLICATION OF the defendant LAM THANH NGUYEN, and good cause appearing therefore,

IT IS HEREBY ORDERED that the substitution of Mary Elizabeth Conn is allowed as counsel for all purposes.

DATED: _____

The Honorable Patricia V. Trumbull
United States Magistrate District Judge

[PROPOSED] ORDER

## PROOF OF SERVICE

I, Julia M. Silvasi, declare:

I am a citizen of the United States and a resident of Santa Cruz County. I am over eighteen (18) years of age and not a party to the within action. My business address is 55 River St., Ste. 100, Santa Cruz, CA 95060.

On July 10, 2007, I deposited in the mail at Santa Cruz, California, a copy of the following documents

**SUBSTITUTION OF COUNSEL AND STIPULATION FOR CONTINUANCE PREVIOUSLY SOUGHT**

**(PROPOSED) ORDER**

on the interested parties (list is attached) by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid.

Date: July 10, 2007

_____
Julia M. Silvasi