SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5066
   E-mail: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KHAHN DANG VU and ) <br> LAM THANH NGUYEN, ) <br> ) <br> Defendants. ) <br> _____ ) | No. 07-70337 PVT <br><br> <u>SUBSTITUTION OF ATTORNEY</u> |

   Please take notice that as of, July 16, 2007, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

                          Jeffrey B. Schenk, Assistant United States Attorney
                          150 Almaden Blvd., Suite 900
                          San Jose, CA   95113
                          Telephone: (408) 535-2695

DATED: July 16, 2007
//

//

//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
Assistant United States Attorney