

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-70337-PVT |
| Plaintiff, | [PROPOSED] ORDER SUBSTITUTING COUNSEL |
| v. | |
| LAM THANH NGUYEN, | |
| Defendant. | |

UPON APPLICATION OF the defendant LAM THANH NGUYEN, and good cause appearing therefore,

IT IS HEREBY ORDERED that the substitution of Mary Elizabeth Conn is allowed as counsel for all purposes.

DATED: 7/13/07

The Honorable Patricia V. Trumbull
United States Magistrate District Judge

[PROPOSED] ORDER