DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK | | REPORTER/FTR | |
|---|---|---|---|---|
| MAGISTRATE JUDGE | DATE | | NEW CASE | CASE NUMBER |

DOCUMENT NUMBER:

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD.    RET. APPT. |
|---|---|---|---|---|---|
| U.S. ATTORNEY | INTERPRETER | | FIN. AFFT SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR APPT'D COUNSEL | PARTIAL PAYMENT OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD _TYPE NH IN TIME FIELD)

| INITIAL APPEAR | PRELIM HRG | MOTION | JUGM'T & SENTG | STATUS |
|---|---|---|---|---|
| time | time | time | time | time |
| I.D. COUNSEL | ARRAIGNMENT | BOND SIGNING | IA REV PROB. or S/R | BAIL REVIEW |
| time | time | time | time | time |
| DETENTION HRG | ID/REMOVALHRG | CHANGE PLEA | PROB. REVOC. | SUP REL HRG |
| time | time | time | time | time |

## INITIAL APPEARANCE

| ADVISED OF RIGHTS | ADVISED OF CHARGES | NAME AS CHARGED IS TRUE NAME | TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ARRAIGNED ON INFORMATION | ARRAIGNED ON INDICTMENT | READING WAIVED SUBSTANCE | WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| RELEASED ON O/R | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED    CASH    $ | | CORPORATE SECURITY | REAL PROPERTY: | |

| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | DETAINED | RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| CONSENT ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
|---|---|---|---|
| PRESENTENCE REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: | I.D. COUNSEL | BOND SIGNING | STATUS RE: CONSENT | STATUS/TRIALSET |
|---|---|---|---|---|
| AT: | SUBMIT FINAN. AFFIDAVIT | PRELIMINARY HEARING OR | CHANGE OF PLEA | BAIL REVIEW |
| BEFORE HON. | DETENTION HEARING | ARRAIGN-MENT | MOTIONS | JUDGMENT & SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE UNDER 18 § USC 3161 | IDENTITY/ REMOVAL | PRETRIAL CONFERENCE | PROBATION REV. HEARING |

## ADDITIONAL PROCEEDINGS

| |
|---|
| |