Mary Elizabeth Conn CBA #224597
MARY E. CONN & ASSOCIATES
55 River Street Ste. 100
Santa Cruz, CA 95060
Telephone: (831) 471-7103
Fax: (831) 426-0159
Attorney For Defendant Lam Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>           Plaintiff,                           )<br>                              vs.             )<br>                                                              )<br>                                                              )<br>                                                              )<br>                                                              )<br>LAM NGUYEN,                            )<br>                                                              )<br>           Defendant.                    ) | No.   CR-07-70337-HRL<br><br>MOTION AND (PROPOSED)<br>ORDER TO ALLOW DEFENDANT<br>TO TRAVEL OUTSIDE THE<br>NORTHERN DISTRICT OF<br>CALIFORNIA |

TO THE HONORABLE MAGISTRATE JUDGE LLOYD:

Defendant Lam Nguyen, through his counsel, Mary Elizabeth Conn, and Assistant United States Attorney Jeff Schenck stipulate and agree that Defendant shall be allowed to travel outside the Northern District of California, to other areas within the State of California, with the express approval of the United States Pretrial Services Office.

1)   Defendant specifically requests permission to travel to Los Angeles, California on the 1 day of September, 2007, returning to San Jose, California on the 3d day of September, 2007.

2)   Pretrial Services Officer Anthony Granados is agreeable to the above

request.

3) AUSA Jeff Schenck has no objection.

For the reasons stated above, Defendant prays this Court to allow him to travel outside the Northern District of California, and throughout the State of California, especially to Los Angeles, California, with permission of United States Pretrial Services.

Dated: August 30, 2007

Respectfully submitted,
MARY E. CONN & ASSOCIATES

_____/S/_____

Mary Elizabeth Conn,
Attorney for Defendant Lam Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-07-70337-HRL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER ALLOWING DEFENDANT TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA, WITHIN THE STATE OF CALIFORNIA |
| LAM NGUYEN, | ) | |
| Defendant. | ) | |

FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED that the Defendant Lam Nguyen should be allowed to travel outside the Northern District of California and within the State of California, especially to the city of Los Angeles, California, with permission of United States Pretrial Services.

IT IS SO ORDERED.

DATED: _____

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE