1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  JEFFREY B. SCHENK (CASBN 234355)
   Assistant United States Attorney

5
       150 Almaden Boulevard
6      San Jose, California 95113
       Telephone: (408) 535-2695
7      Facsimile:  (408) 535-5066
       Email: jeffrey.b.schenk@usdoj.gov

8
   Attorneys for the United States of America

9

**FILED**

AUG 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No.    CR 07-70337 PVT
                                       )
15          Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME FROM
16      v.                             )    AUGUST 30, 2007 TO ᴏᴄᴛ ᴇ    2007
                                       )    FROM THE SPEEDY TRIAL ACT
17  LAM THANH NGUYEN,                  )    CALCULATION (18 U.S.C. §
                                       )    3161(h)(8)(A))
18          Defendant.                 )
                                       )
19  _____ )

20          On August 30, 2007 the parties appeared for a hearing before this Court.  At that hearing,

21  the parties jointly requested an exclusion of time under the Speedy Trial Act based upon

22  continuing settlement negotiations and defense counsel's need to effectively prepare by

23  reviewing discovery materials submitted by the government.  At that time, the Court set the

24  matter for a hearing on __Oct ᴇ__ 2007.

25          The parties stipulate that the time between August 30, 2007 and __Oct ᴇ__ 2007 is

26  excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

27  requested continuance would unreasonably deny defense counsel reasonable time necessary for

28  effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

1

1  that the ends of justice served by granting the requested continuance outweigh the best interest of

2  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

3  U.S.C. §3161(h)(8)(A).

4

5  DATED: August 30, 2007                    SCOTT N. SCHOOLS
                                            United States Attorney
6

7                                           _____

8                                           JEFFREY B. SCHENK
                                            Assistant United States Attorney
9

10                                          _____

11                                          MARY CONN
                                            Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between August 30, 2007 and _Oct 2_ 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 8/30/07

_____
HOWARD R. LLOYD
UNITED STATES DISTRICT JUDGE

3