SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-2695
  Facsimile:  (408) 535-5066
  Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-70337 PVT |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| v. ) | |
| LAM THANH NGUYEN, ) | |
|     Defendant. ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Tuesday, October 2, 2007, at 9:30 a.m., be continued to Tuesday, October 30, 2007, at 9:30 a.m.  The continuance has been requested because a resolution in the co-defendant's case is expected shortly, and its disposition may influence the disposition of this matter.  Furthermore, defense counsel requires additional time to meet with her client to discuss a disposition.

The parties further agree and stipulate that time should be excluded from October 2, 2007 through and including October 30, 2007, for ongoing defense preparation, pursuant to Speedy

Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

DATED: September 19, 2007                       SCOTT N. SCHOOLS
                                                United States Attorney


                                                ___/s/_____
                                                JEFFREY B. SCHENK
                                                Assistant United States Attorney




                                                ___/s/_____
                                                MARY CONN
                                                Attorney for Defendant


## **ORDER**

The parties have jointly requested a continuance of the hearing set for October 2, 2007.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 2, 2007 be continued to October 30, 2007 at 9:30 a.m. as well as the period of delay from October 2, 2007, to and including October 30, 2007, be excluded for purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.

IT IS SO ORDERED.

DATED:                                          _____
                                                RICHARD SEEBORG
                                                UNITED STATES DISTRICT JUDGE

2