1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CABN 234355)
   Assistant United States Attorney
5
   150 Almaden Boulevard
6  San Jose, California 95113
   Telephone: (408) 535-2695
7  Facsimile:  (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov
8
   Attorneys for the United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,       )   No.    CR 07-70337 PVT
                                     )
15 |     Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE HEARING
16 |     v.                          )
                                     )
17 | LAM THANH NGUYEN,               )
                                     )
18 |     Defendant.                  )
                                     )
19 |_____    )

20      Defendant and the government, through their respective counsel, hereby stipulate that,

21 subject to the court's approval, the hearing date in the above-captioned matter, presently

22 scheduled for Tuesday, October 30, 2007, at 9:30 a.m, be continued to November 27, 2007 at

23 9:30 a.m.  The continuance has been requested because a resolution in the co-defendant's case is

24 expected shortly, and its disposition may influence the disposition of this matter.  Furthermore,

25 defense counsel requires additional time to meet with her client to discuss a disposition.

26      The parties further agree and stipulate that time should be excluded from October 30,

27 2007 through and including November 27, 2007, for ongoing defense preparation, pursuant to

28 Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the

                                            1

defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

DATED: October 24, 2007  	SCOTT N. SCHOOLS
	United States Attorney

	____/s/_____
	JEFFREY B. SCHENK
	Assistant United States Attorney


	____/s/_____
	MARY CONN
	Attorney for Defendant

## **ORDER**

The parties have jointly requested a continuance of the hearing set for October 30, 2007.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 30, 2007 be continued to November 27, 2007 at 9:30 a.m. as well as the period of delay from October 30, 2007, to and including November 27, 2007, be excluded for purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.

IT IS SO ORDERED.

DATED:  	_____
	HOWARD R. LLOYD
	UNITED STATES DISTRICT JUDGE

2