SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile:  (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

FILED
OCT 29 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAM THANH NGUYEN, ) <br> ) <br> Defendant. ) <br> _____ ) | No.   CR 07-70337 PVT <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER TO CONTINUE HEARING |

     Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Tuesday, October 30, 2007, at 9:30 a.m, be continued to November 27, 2007 at 9:30 a.m.  The continuance has been requested because a resolution in the co-defendant's case is expected shortly, and its disposition may influence the disposition of this matter.  Furthermore, defense counsel requires additional time to meet with her client to discuss a disposition.

     The parties further agree and stipulate that time should be excluded from October 30, 2007 through and including November 27, 2007, for ongoing defense preparation, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the

1

defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

DATED: October 24, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
JEFFREY B. SCHENK
Assistant United States Attorney

/s/
MARY CONN
Attorney for Defendant

## ORDER

The parties have jointly requested a continuance of the hearing set for October 30, 2007.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 30, 2007 be continued to November 27, 2007 at 9:30 a.m. as well as the period of delay from October 30, 2007, to and including November 27, 2007, be excluded for purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.

IT IS SO ORDERED.
DATED: 10/29/07

HOWARD R. LLOYD  RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE