SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5081
   jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-70337 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| LAM T. NGUYEN, | ) | (San Jose Venue) |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice.

DATED: November 26, 2007                     Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney

                                              ____/s/_____
                                              JEFFREY B. SCHENK
                                              Assistant United States Attorney

NOTICE OF DISMISSAL (CR 07-70337)

1 | Leave is granted to the government to dismiss the complaint.
2 |
3 | Date: _____                    _____
4 |                                          United States Magistrate Judge

2