1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  JEFFREY B. SCHENK (CSBN 234355)
   Assistant United States Attorney
5

6  150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
7  Facsimile: (408) 535-5081
   jeffrey.b.schenk@usdoj.gov
8
   Attorneys for the United States
9

**FILED**

NOV 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-70337 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| LAM T. NGUYEN, | ) | |
| Defendant. | ) | (San Jose Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice.

DATED: November 26, 2007                Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        JEFFREY B. SCHENK
                                        Assistant United States Attorney

11/27/07

So ordered.

NOTICE OF DISMISSAL (CR 07-70337)