Mary Elizabeth Conn CBA #224597
MARY E. CONN & ASSOCIATES
55 River Street Ste. 100
Santa Cruz, CA 95060
Telephone: (831) 471-7103
Fax: (831) 426-0159
Attorney For Defendant Lam Nguyen

**FILED**

DEC 1 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-70337-PVT |
| Plaintiff, | |
| vs. | EX PARTE MOTION TO EXONERATE DEFENDANT'S BOND AFTER DISMISSAL; PROPOSED ORDER. |
| LAM NGUYEN, | |
| Defendant. | |

**TO THE HONORABLE PATRICIA TRUMBULL:**

Defendant Lam Nguyen, through his counsel, Mary Elizabeth Conn, respectfully requests that the court exonerate his bond in the amount of $10,000. On November 27, 2007, a dismissal of the complaint was granted in this case, attached as Exhibit A.

Dated:   December 6, 2007

Respectfully submitted,
MARY E. CONN & ASSOCIATES

_____
Mary Elizabeth Conn,
Attorney for Defendant Lam Nguyen