UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

DEC 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. CR-07-70337-PVT |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| ) | [~~Proposed~~] ORDER TO |
| ) | EXONERATE DEFENDANT'S |
| ) | BOND AFTER DISMISSAL. |
| LAM NGUYEN,  ) | |
| ) | |
| Defendant.  ) | |

IT IS ORDERED:

Based on the Motion and good cause appearing, it is ordered that the cash bond previously posted in the total amount of $10,000 is exonerated and the Clerk of the ~~Superior~~ Court is directed to send the following individual a check for that amount.

INFORMATION ABOUT PERSON TO RECEIVE CHECK:

Name of Person to receive check:  ~~Lam Nguyen~~  Truong Vo

Address:  ~~622 Hermitage Lane~~  1363 Moonlight Cr.

City, State, Zip Code:  ~~San Jose, CA 95134~~  Milpitas CA.

IT IS SO ORDERED.

DATED: 12/10/07

_____
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE